```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

GERRICK GAMBRELL,
     Petitioner,


     v.                                     CIVIL ACTION NO.
                                             17-11173-MBB


JEFFREY GRONDOLSKY, Warden,
     Respondent.


                       **FINAL JUDGMENT**

                       **April 5, 2018**


**BOWLER, U.S.M.J.**

In accordance with a March 30, 2018 Memorandum and Order issued by this court, it is **ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DISMISSED**.


                              /s/ Marianne B. Bowler
                         **MARIANNE B. BOWLER**
                         United States Magistrate Judge